**STATE of Vermont v. Anthony RUSSELL**

[787 A.2d 1229]

No. 99-325

October 11, 2001. In the interests of justice, the judgment of civil contempt against defendant is vacated. Defendant should be given credit for the time served on the civil contempt charge (approximately three and one-half years) toward the sexual assault sentence of four to seven years, docket number 272-03-96WnCr. This judgment shall not affect the status of any judgment or sentence entered against defendant on criminal contempt.

The mandate shall issue forthwith.

*Vacated.*